IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TORNELLO PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06CV755 |
| | ) | |
| WELLS FARGO BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**O-R-D-E-R**

On September 29, 2006, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties and a copy was given to the court.

Within the time limitation set forth in the statute, Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (docket no. 2) be DISMISSED as frivolous or for failure to state a claim**.** 28 U.S.C. § 1915(e)(2). A Judgment dismissing this action will be entered contemporaneously with this Order.

_____
UNITED STATES DISTRICT JUDGE

DATE:  February 14, 2007