IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TORNELLO PIERCE, | ) | |
| | ) | |
| Plaintiff, pro se, | ) | |
| | ) | |
| vs. | ) | 1:06CV00755 |
| | ) | |
| WELLS FARGO BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**J-U-D-G-M-E-N-T**

For the reasons set forth in the Order filed contemporaneously with this Judgment**,**

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and the same hereby is, **DISMISSED** with prejudice, **SUBJECT TO THE ORDER AND PRE-FILING INJUNCTION ENTERED SIMULTANEOUSLY HEREWITH.**

_/s/ William L. Osteen_
UNITED STATES DISTRICT JUDGE

DATE: February 14, 2007